# PETER J. BATALLA, JR.
ATTORNEY AT LAW
888 GRAND CONCOURSE
SUITE 1N
BRONX, NEW YORK 10451
TEL: (718) 585-2233
FAX: (718) 585-8640
EMAIL: BATALLA.LAW@VERIZON.NET

July 7, 2021

So ordered,
/s/ Alvin K. Hellerstein
Alvin K. Hellerstein
7/8/21

Honorable Judge Alvin K Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Jeancarlos Urena
Case # 21-CR-00132-AKH

Dear Hon. Judge Hellerstein:

Please be advised that my office represents Mr. Jeancarlos Urena with respect to the above captioned matter. My client is requesting permission to travel to Orlando/Kissimmee area of Florida with his family for a Family vacation from Friday, July 9th, 2021, to Monday, July 12, 2021. The Government and Pre-trial Services have indicated that they have no objection so long as Mr. Urena provides a travel Itinerary before his trip. If Mr. Urena receives permission from the Court, he will purchase the Airline tickets and provide a detailed Itinerary to the Government and his Pre-trial Officer before he travels.

I am therefore respectfully requesting permission for my client to travel to the Orlando/Kissimmee area from Friday, June 9, 2021, to Monday, June 12, 2021.

Respectfully submitted,

Peter J. Batalla

cc: AUSA Patrick Moroney – Via Email: Patrick.moroney@usdoj.gov
US Probation Officer Francesca Piperato Via Email: Piperato@nyspt.uscourts.gov