# PETER J. BATALLA, JR.

ATTORNEY AT LAW
888 GRAND CONCOURSE
SUITE 1N
BRONX, NEW YORK 10451
TEL: (718) 585-2233
FAX: (718) 585-8640
EMAIL: BATALLA.LAW@VERIZON.NET

July 26, 2021

So ordered,
/s/ Alvin K. Hellerstein
Alvin K. Hellerstein
7/28/21

Honorable Judge Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

       **Re:**  **United States v. Jeancarlos Urena**
           **Case# 21-CR-00132-AKH**

Dear Hon. Judge Hellerstein:

  My office represents Mr. Jeancarlos Urena with respect to the above captioned matter. My client is requesting permission to travel to Massachusetts to visit his girlfriend, Lorena Polanco, form Thursday to Sunday. Mr. Urena will be staying at a location in Dorchester, Massachusetts, at an address known to the Government and Pretrial Services.

  I am therefore respectfully requesting permission for my client to travel to Dorchester, Massachusetts from Thursday, July 29, 2021 to Sunday, August 1, 2021.

  I have informed the government of my request and they have no objections.

              Respectfully submitted,

              Peter J. Batalla

cc: AUSA Patrick Moroney – Via Email: Patrick.moroney@usdoj.gov
   U.S. Probation Officer Francesca Piperato – Via Email: Piperato.nyspt.uscourts.gov