# PETER J. BATALLA, JR.

ATTORNEY AT LAW
888 GRAND CONCOURSE
SUITE 1N
BRONX, NEW YORK 10451
TEL: (718) 585-2233
FAX: (718) 585-8640
EMAIL: BATALLA.LAW@VERIZON.NET

August 25, 2021

Honorable Judge Alvin K Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

So ordered,
/s/ Alvin K. Hellerstein
Alvin K. Hellerstein
8/26/21

Re: **United States v. Jeancarlos Urena**
**Case # 21-CR-00132-AKH**

Dear Hon. Judge Hellerstein:

Please be advised that my office represents Mr. Jeancarlos Urena with respect to the above captioned matter. My client is requesting permission to travel to his aunt's home in Rhode Island, for a family birthday reunion at an address provided to the Government. Mr. Urena expects to travel from Friday, August 27, 2021 to Monday, August 30, 2021. The Government and Pre-trial Services indicated that they have no objection to this request.

I am therefore respectfully requesting permission for my client to travel to Rhode Island from August 27, 2021, to August 30, 2021.

Respectfully submitted,

Peter J. Batalla

cc: AUSA Patrick Moroney – Via Email: Patrick.moroney@usdoj.gov
US Probation Officer Francesca Piperato Via Email: Piperato@nyspt.uscourts.gov