# PETER J. BATALLA, JR.

ATTORNEY AT LAW

888 GRAND CONCOURSE

SUITE 1N

BRONX, NEW YORK 10451

TEL: (718) 585-2233

FAX: (718) 585-8640

EMAIL: BATALLA.LAW@VERIZON.NET

So ordered,
/s/ Alvin K. Hellerstein
Alvin K. Hellerstein
9/17/21

September 15, 2021

Honorable Judge Alvin K Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                        Re:     **United States v. Jeancarlos Urena**
                                 Case # 21-CR-00132-AKH

Dear Hon. Judge Hellerstein:

       Please be advised that my office represents Mr. Jeancarlos Urena with respect to the above captioned matter. My client is requesting permission to travel to Massachusetts to visit his girlfriend, Lorena Polanco, from Friday, September 17, 2021 to Monday, September 20, 2021. Mr. Urena expects will be staying at a location in Dorchester, Massachusetts, at an address known to the Government and Pretrial Services. The Government and Pre-trial Services indicated that they have no objection to this request.

       I am therefore respectfully requesting permission for my client to travel to Massachusetts from September 17, 2021, to September 20, 2021.

                                   Respectfully submitted,

                                   /s/ Peter J. Batalla
                                   Peter J. Batalla

cc: AUSA Patrick Moroney – Via Email: Patrick.moroney@usdoj.gov
      US Probation Officer Francesca Piperato Via Email: Piperato@nyspt.uscourts.gov