# PETER J. BATALLA, JR.

ATTORNEY AT LAW

888 GRAND CONCOURSE

SUITE 1N

BRONX, NEW YORK 10451

TEL: (718) 585-2233

FAX: (718) 585-8640

EMAIL: BATALLA.LAW@VERIZON.NET

> The request is granted. Defendant may travel to Massachusetts to visit his girlfriend from Tuesday, October 5, 2021, to Sunday, October 10, 2021, and Defendant may stay at a location in Dorchester, Massachusetts at an address known to the Government and Pretrial Services.
>
> So ordered.
>
> /s/ Alvin K. Hellerstein
> October 5, 2021

October 4, 2021

Honorable Judge Alvin K Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    United States v. Jeancarlos Urena
                Case # 21-CR-00132-AKH

Dear Hon. Judge Hellerstein:

      Please be advised that my office represents Mr. Jeancarlos Urena with respect to the above captioned matter. My client is requesting permission to travel to Massachusetts to visit his girlfriend, Lorena Polanco, from Tuesday, October 5, 2021 to Sunday, October 10, 2021. Mr. Urena expects will be staying at a location in Dorchester, Massachusetts, at an address known to the Government and Pretrial Services. The Government indicated that they have no objection to this request.

      I am therefore respectfully requesting permission for my client to travel to Massachusetts from October 5, 2021 to October 10, 2021.

                            Respectfully submitted,

                            /s/ Peter J. Batalla
                            Peter J. Batalla

cc: AUSA Patrick Moroney – Via Email: Patrick.moroney@usdoj.gov