# PETER J. BATALLA, JR.

ATTORNEY AT LAW
888 GRAND CONCOURSE
SUITE 1N
BRONX, NEW YORK 10451
TEL: (718) 585-2233
FAX: (718) 585-8640
EMAIL: BATALLA.LAW@VERIZON.NET

October 26, 2021

Granted.

SO ORDERED.

/s/ Alvin K. Hellerstein
October 27, 2021

Honorable Judge Alvin K Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    United States v. Jeancarlos Urena
                  Case # 21-CR-00132-AKH

Dear Hon. Judge Hellerstein:

      Please be advised that my office represents Mr. Jeancarlos Urena with respect to the above captioned matter. Mr. Urena is respectfully requesting permission to modify the current travel restrictions in place to include travel to the State of Massachusetts. The Government and Pre-Trial Services have no objection to this modification and would request that in the future Mr. Urena notify Pre-Trial Services of any intended travel to Massachusetts in the customary manner.

      I am therefore respectfully requesting modification of Mr. Urena's travel restrictions to be expanded to permit travel to the State of Massachusetts/U.S. District of Massachusetts.

                              Respectfully submitted,

                              /s/ Peter J. Batalla
                              Peter J. Batalla

cc: AUSA Patrick Moroney – Via Email: Patrick.moroney@usdoj.gov
     US Probation Officer Francesca Piperato Via Email: Piperato@nyspt.uscourts.gov