# PETER J. BATALLA, JR.

ATTORNEY AT LAW
888 GRAND CONCOURSE, Suite 1-N
BRONX, NEW YORK 10451
TEL: (718) 585-2233
FAX: (718) 585-8640
EMAIL: batalla@batallalaw.com

November 21, 2022

*So Ordered
11-21-22
[signature] AKHellerstein*

Honorable Judge Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

          Re:    **United States v. Jeancarlos Urena**
                  **Case# 21-CR-00132-AKH**

Dear Hon. Judge Hellerstein:

      My office represents Mr. Jeancarlos Urena with respect to the above captioned matter. My client is requesting permission to travel to Denver, Colorado to visit family and friends before the holidays, from December 10, 2022, to December 12, 2022. Mr. Urena will be staying at a location in Denver, Colorado, at an address known to the Government and Pretrial Services.

      I am therefore respectfully requesting permission for my client to travel to Denver, Colorado from Saturday, December 10, 2022, to Monday, December 12, 2022.

      I have reached out to the Government and Pretrial Services who have expressed that they have no objections to this request.

                                          Respectfully submitted,

                                          Peter J. Batalla

cc: AUSA Patrick Moroney – Via Email: Patrick.moroney@usdoj.gov
    U.S. Probation Officer Francesca Piperato – Via Email: Piperato.nyspt.uscourts.gov